AO 91 (Rev. 08/09) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT

JUN 2 9 2011

for the

Western District Of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| United States of America | )  |
|---|---|
| v. | )  |
| Daniel MCHAZLETT | ) Case No. DR11-5969m-01 |
| DOB: 02-04-1968 | )  |
|  | )  |
|  | )  |

*Defendant(s)*

# SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  03-26-08 - 04-27-11  in the county of  Zavala  in the

Western  District of  Texas , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846 | SEE ATTACHMENT |

This criminal complaint is based on these facts:

SEE ATTACHMENT

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Cary Owens, SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06-29-2011

_____
*Judge's signature*

City and state:  Del Rio, Texas               Victor Garcia, US Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

**Attachment A**

**UNITED STATES OF AMERICA**
                                                                DR 11- 5969m -01
                          V
     **Daniel MCHAZLETT**

**Offense: 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846: Knowingly, intentionally and unlawfully combined, conspired, confederated and agreed with others known and unknown to possess with intent to distribute a controlled substance, which offense involved five-hundred (500) grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code.**

Since March of 2008, the DEA Eagle Pass Resident Office (EPRO) has been investigating the heroin and cocaine trafficking activities of the MENDOZA Drug Trafficking Organization (DTO) in Crystal City, Texas.  On April 27, 2011, a grand jury (in cause number DR11-DR-763 and related cases DR11-CR-760, DR11-CR-761, and DR11-CR-762) indicted several members of the DTO and their associates for conspiracy to possess with intent to distribute heroin, possession with intent to distribute heroin, and possession with intent to distribute cocaine.

DEA EPRO is continuing to investigate the drug trafficking activities of other associates of the MENDOZA DTO, including those of DANIEL MCHAZLETT.  A cooperating defendant, who was indicted in the aforementioned cases (hereinafter CD#1), gave a statement regarding his narcotics trafficking activities.  He stated that prior to April 28, 2011, MCHAZLETT regularly purchased two "8 balls" and one half-ounce of cocaine every week from members of the MENDOZA family. CD#1 further stated that MCHAZLETT would then distribute the cocaine to others, either at MCHAZLETT'S home or by delivering the cocaine directly to customers.  CD#1 has personal knowledge of these transactions.  Moreover, CD#1's statements regarding amounts of narcotics sold to another customer of the MENDOZA's have been independently verified by that customer.

The DEA EPRO conducted several pen registers on CD#1's cellular telephone from August 03, 2010 to January 15, 2011.  The examination of the pen registers revealed that MCHAZLETT either called or received a call from CD#1's cellular telephone at least 384 times between those dates.  A search of CD#1's cellular telephone (subsequent to CD#1's arrest), revealed that MCHAZLETT either called or received a call from CD#1's cellular telephone 26 times from April 16, 2011 to April 28, 2011.

In addition, pursuant to this Court's order, DEA recorded telephone conversations between a Reymundo Duran III, who was indicted in DR11-CR-763.  These include calls between DURAN and MCHAZLETT.  These calls include:

- 10/26/10 - Duran asks MCHAZLETT if "he's going to need that," that "they" are "going to send [Duran] something," and that he is currently a little "short-handed."  MCHAZLETT says yes and that he will be there in an hour and a half.  He asks Duran if it is "the one that has more."  Duran says that he is out of that but will get more in a couple days.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Attachment A

- 10/26/10 - MCHAZLETT calls Duran to tell him that Duran "can come pick up the money."

- 10/31/10 - MCHAZLETT calls Duran and asks if "anything was done." Duran says yes MCHAZLETT says that he will come over.

- 11/6/10 - Duran asks MCHAZLETT if it "is good." MCHAZLETT says that "some" said "it is good" and others said "it is not." He further said that "some made it rock" and that "it took the buzz away right away." He also said that he "tried it and it was smooth" MCHAZLETT further explained that "their" response was "routine" and that "they" would be back for more.

- 11/6/10 - in a lengthy conversation between Duran and MCHAZLETT, MCHAZLETT stated that "the people" in San Antonio made him pay "a ticket." He said that "they" told him that they know what he's doing, that he sells "like an ounce." They are making him (MCHAZLETT) pay $100 every week.

- 11/11/10 - MCHAZLETT tells Duran that he is "going to need something." Duran replies that he will send his Mom (Romelia Mendoza).

- 11/12/10 - MCHAZLETT tells Duran that he needs "something." Duran says that he is "going over there."

- 11/17/10 - Duran tells MCHAZLETT that he should be ready later that day, maybe tomorrow. He then asks MCHAZLETT if he still has the money and that Duran will need it later. MCHAZLETT says that he does.

_____June 29, 2011
Cary Owens
Special Agent
Drug Enforcement Administration


Sworn to before me, and subscribed in my presence,

_____

Victor R. Garcia
United States Magistrate Judge
Western District of Texas